KING, HOLMES, PATERNO & SORIANO LLP
Howard E. King, SBN 77012
HKing@khpslaw.com
1900 Avenue of the Stars, 25th Fl.
Los Angeles, California 90067
Telephone: (310) 282-8989
Facsimile: (310) 282-8903

*Attorneys for Plaintiffs Young Money Entertainment, LLC and Dwayne Michael Carter, Jr.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOUNG MONEY ENTERTAINMENT, LLC and DWAYNE MICHAEL CARTER, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL MUSIC GROUP, INC., and SOUNDEXCHANGE, INC., <br><br> Defendants. | Case No.: CV 16-02096-GHK (JCx) <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1 | Plaintiffs Young Money Entertainment, LLC and Dwayne Michael Carter, Jr.
2 | (collectively "Plaintiffs"), by counsel, pursuant to Federal Rule of Civil Procedure
3 | 41(a)(1)(A)(i), hereby give notice that the above-captioned matter is dismissed in its
4 | entirety with prejudice as to Defendant Universal Music Group, Inc. ("Universal"),
5 | each side to bear its own costs and attorneys' fees. In support of this Notice of
6 | Dismissal with Prejudice, Plaintiffs state that Universal has not served an answer or a
7 | motion for summary judgment in the above-captioned matter.

Dated: May 25, 2018

**KING, HOLMES, PATERNO & SORIANO LLP**

By: _____
Howard E. King, SBN 77012
HKing@khpslaw.com
1900 Avenue of the Stars, 25th Fl.
Los Angeles, California 90067
Telephone: (310) 282-8989
Facsimile: (310) 282-8903

*Attorneys for Plaintiffs Young Money Entertainment, LLC and Dwayne Michael Carter, Jr.*

---

1
NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2018, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Howard E. King
Howard E. King